```
TOWNSEND AND TOWNSEND AND CREW LLP
David E. Sipiora (CO State Bar No. 124951)
desipiora@townsend.com
Kristopher L. Reed (CO State Bar No. 235518)
klreed@townsend.com
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 571-4000
Facsimile:  (303) 571-4321

TOWNSEND AND TOWNSEND AND CREW LLP
Iris Sockel Mitrakos (CA Bar No. 190162)
ismitrakos@townsend.com
Elham F. Steiner (CA Bar No. 250312)
efsteiner@townsend.com
12730 High Bluff Drive, Suite 400
San Diego, CA  92130
Telephone:  (858) 350-6100
Facsimile:   (858) 350-6111

Attorneys for Plaintiff
PULSE ENGINEERING, INC.
```

FILED

2010 MAR -4 PM 4: 22

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULSE ENGINEERING, INC., <br><br> Plaintiff, <br><br> v. <br><br> MURATA MANUFACTURING CO., LTD., <br><br> Defendant. | Case No. '10CV 0477  JM  NLS <br><br> **COMPLAINT FOR DECLARATORY JUDGMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Pursuant to 28 U.S.C. §§ 2201 *et seq.*, Fed. R. Civ. P. 57 and the Patent Act, 35 U.S.C. §§ 1 *et seq.*, Plaintiff Pulse Engineering Inc. ("Pulse") brings this action against Defendant Murata Manufacturing Co., Ltd., ("Murata") for a declaration that United States Patent No. 5,069,641 ("the '641 patent") is invalid and not infringed by Pulse. For its Complaint against Murata, Plaintiff alleges the following:

///

## THE PARTIES

1. Pulse is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in this District at 12220 World Trade Drive, San Diego, California.

2. Murata is a corporation existing under the laws of Japan, and has a principal place of business at 26-10, Tenjin 2-Chome, Nagaokakyo-shi, Kyoto-fu 617-8555, Japan.

## JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*, and the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 *et seq.* This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c) because Murata has conducted substantial business within this District, is subject to personal jurisdiction within this District, and a substantial part of the events giving rise to this action occurred within this District.

## FACTUAL BACKGROUND

5. The '641 patent is entitled "Modular Jack" and was issued by the United States Patent and Trademark Office on December 3, 1991. A true and correct copy of the '641 patent is attached as Exhibit 1.

6. Murata asserts that it owns the '641 patent, and that the '641 patent covers a modular jack design that contains a noise suppressing electronic element. Murata asserts that Pulse manufactures and sells products that infringe the '641 patent.

7. On or about December 15, 2004, Murata sent a letter to Pulse in this District accusing Pulse of infringing the '641 patent and requesting that Pulse enter into a license agreement. Believing no valid claim of the '641 patent was being infringed, Pulse declined to enter into a license with Murata.

8. On or about January 29, 2010, Murata sent another letter to Pulse in this District, again accusing Pulse of infringing the '641 patent and requesting that Pulse enter into a license agreement. Pulse again denied infringing any valid claim of the '641 patent and declined to enter into a license

with Murata.

9. As a result of Murata's repeated accusations of infringement, there is a substantial risk that Pulse may be obligated to defend itself against Murata's infringement claims.

10. In the past, Murata has followed through on such accusations against other companies regarding infringement of the '641 patent, and filed multiple suits for patent infringement. These suits include *Murata Mfg. Co., Ltd. v. Bel Fuse Inc.*, No. 1:03-cv-02934 (N.D. Ill., filed May 1, 2003); and *Murata Mfg. Co., Ltd. v. Stewart Connector Systems, Inc., Insilco Technologies, Inc., and InNet Technologies Inc.*, No. 1:02-cv-00222 (N.D. Ill., filed Jan. 9, 2002).

11. Because Murata has asserted rights under the '641 patent based on identified ongoing activities of Pulse, and because Pulse contends it has the right to engage in the accused activities without a license, an actual controversy exists between Pulse and Murata regarding the noninfringement and invalidity of the '641 patent, and Pulse is entitled to relief as requested.

## COUNT I

### DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE '641 PATENT

12. Pulse incorporates the allegations in Paragraphs 1-11 as if fully restated herein.

13. Pulse does not infringe, either directly or indirectly, any valid claim of the '641 patent.

## COUNT II

### DECLARATORY JUDGMENT OF INVALIDITY OF THE '641 PATENT

14. Pulse incorporates the allegations in Paragraphs 1-11 as if fully restated herein.

15. The '641 patent is invalid for failing to meet one or more of the requirements for patentability, including 35 U.S.C. §§ 102, 103 and/or 112.

## PRAYER FOR RELIEF

WHEREFORE, Pulse requests that the Court issue an order and enter judgment in its favor and against Murata as follows:

A. Declare that Pulse has not infringed, and does not infringe, either directly or indirectly, any valid claim of the '641 patent;

B. Declare each of the claims of the '641 patent invalid;

C. Declare this case exceptional and award Pulse its reasonable attorneys fees pursuant to 35 U.S.C. § 285;

D. Award Pulse its costs and reasonable expenses; and

E. Grant Pulse such other and further relief as the Court may deem just and proper.

DATED: March 4, 2010

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
Iris Sockel Mitrakos
Attorneys for Plaintiff Pulse Engineering, Inc.

### DEMAND FOR JURY TRIAL

Plaintiff Pulse demands a trial by jury of all matters as to which it is entitled to trial by jury, pursuant to Fed. R. Civ. P. 38.

DATED: March 4, 2010

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
Iris Sockel Mitrakos
Attorneys for Plaintiff Pulse Engineering, Inc.

**EXHIBIT A**

# United States Patent [19]

Sakamoto et al.

[11] Patent Number: 5,069,641
[45] Date of Patent: Dec. 3, 1991

[54] MODULAR JACK

[75] Inventors: Yukio Sakamoto; Toshio Hori, both of Fukui; Iwao Fukutani, Takefu, all of Japan

[73] Assignee: Murata Manufacturing Co., Ltd., Kyoto, Japan

[21] Appl. No.: 647,932

[22] Filed: Jan. 30, 1991

[30] Foreign Application Priority Data

Feb. 3, 1990 [JP] Japan ................. 2-10076[U]

[51] Int. Cl.$^5$ ............................. H01R 13/66
[52] U.S. Cl. ......................... 439/620; 333/182; 439/676
[58] Field of Search ............. 439/76, 83, 620, 676; 336/192; 333/182–184

[56]         References Cited
          U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,329,665 | 5/1982 | Kuwai et al. | |
| 4,602,122 | 7/1986 | Lint | |
| 4,726,638 | 2/1988 | Farrar et al. | 439/620 |
| 4,772,224 | 9/1988 | Talend | |
| 4,799,901 | 1/1989 | Pirc | 439/620 |
| 4,845,393 | 7/1989 | Burgess et al. | |
| 4,878,848 | 11/1989 | Ingalsbe | 439/676 X |
| 5,015,204 | 5/1991 | Sakamoto et al. | 439/620 |

FOREIGN PATENT DOCUMENTS

AS-2042342  11/1971  Fed. Rep. of Germany .
0266784     11/1988  Japan ......................... 439/76

*Primary Examiner*—Eugene F. Desmond
*Attorney, Agent, or Firm*—Burns, Doane, Swecker & Mathis

[57]           ABSTRACT

Disclosed is a modular jack to be mounted on a circuit board, and the modular jack has a printed board containing a noise suppressing electronic element in a housing. The printed board is fitted with contactors for contacting with plugs and terminals to be used for mounting the modular jack on the circuit boad. The contactors and the terminals are electrically connected with the noise suppressing electronic element by wires on the printed board.

**6 Claims, 5 Drawing Sheets**



FIG. 1





FIG. 2



FIG. 3



FIG. 4

FIG. 5



FIG. 6  FIG. 7






FIG. 11  Prior Art

FIG. 12  Prior Art



FIG. 13 Prior Art

FIG. 14 Prior Art

# MODULAR JACK

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a modular jack in a modular connector adopted to be provided for an electronic appliance such as a telephone, a facsimile or the like.

2. Description of Prior Art

As measures to suppress noise of an electronic appliance in which an modular jack is employed, the followings have been known: (1) providing a pair of three-terminal capacitors 6 on a circuit board 4 such as a printed board on which a modular jack 2 is mounted (see FIG. 11), and (2) providing a common mode choke coil 8 on the circuit board 4 on which the modular jack 2 is mounted (see FIG. 12).

Each of the three-terminal capacitors 6 has an equivalent circuit as shown in FIG. 13, and noise is brought outside through an earth. The common mode choke coil 8 has an equivalent circuit as shown in FIG. 14, and two coils coiled on a core in the opposite direction eliminates common mode noise. However, using an additional part like the pair of three-terminal capacitors 6 or the common mode choke coil 8 consumes space on the circuit board 4 (such an additional part sometimes requires more space than the modular jack 2), which interferes with making the electronic appliance compact. Further, in both ways, since the pair of capacitors 6 or the common mode choke coil 8 is away from the modular jack 2, the appliance receives external noise.

In the light of these problems, we disclosed in U.S. Pat. No. 5,015,204 and German patent DE-AS-202342 a modular jack containing a common mode choke coil which comprises a ring-shaped core and two coils coiled thereon. One end of the coils is made to be a contactor with a plug, and the other end is made to be a terminal to be used for mounting the modular jack on a circuit board. The modular jack according to the invention has advantages that it functions as a noise suppressor because it contains a common mode choke coil and that it is compact because a coil, a contactor and a terminal are made into a unit. However, the modular jack has the following drawbacks. In plating the contactor and the terminal, the coil will be plated unnecessarily because the coil, the contactor and the terminal are made into a unit, and this increases production cost. In order to increase the number of signal circuits, more common mode choke coils are necessary, which requires more space for cores, and the modular jack cannot be made compact. Because of the cores, the pitch among the terminals is more than the pitch 1.02 mm of an ordinary circuit board on which the modular jack is mounted, and a newly designed circuit board will be required.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a compact and economic modular jack which also functions as a noise suppressor.

Another object of the present invention is to provide a modular jack wherein the pitch among terminals can be set to the ordinary pitch 1.02 mm and any other values.

In order to attain the objects above, a modular jack according to the present invention has a printed board containing a noise suppressing electronic element in an insulating housing. A contactor for contacting with a plug and a terminal for contacting with a circuit board are electrically connected with the electronic element by wires on the printed board. As the noise suppressing electronic element, an array of common mode choke coils, a chip inductor, a chip capacitor, etc. are used.

With the structure, it is possible to obtain a compact modular jack containing a noise suppressing electronic element, which modular jack hardly receives external noise. In the structure, the noise suppressing electronic element, the contactor and the terminal can be combined properly for effective noise suppression case by case. The contactor and the terminal can be plated with different metals, thereby reducing cost. A change in wire patterns on the printed board meets an increase of the required number of signal circuits, thereby never requiring more space. Further, since the terminals are protruded from the printed board, the pitch among the terminals can be set to the ordinary pitch 1.02 mm and any other values.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other objects and features of the present invention will become apparent from the following description taken in conjunction with the preferred embodiments thereof in reference to the accompanying drawings, in which:

FIG. 1 is a cross sectional view of a modular jack which is a first embodiment of the present invention;

FIG. 2 is a perspective view of a common mode choke coil array of the first embodiment;

FIG. 3 is a diagram showing an equivalent circuit of the common mode choke coil array;

FIG. 4 is a front view of a printed board of the first embodiment;

FIG. 5 is a rear view of the printed board;

FIG. 6 is a front view of a printed board to be provided for a modular jack which is a second embodiment of the present invention;

FIG. 7 is a rear view of the printed board of the second embodiment;

FIG. 8 is a front view of a printed board to be provided for a modular jack which is a third embodiment of the present invention;

FIG. 9 is a rear view of the printed board of the third embodiment;

FIG. 10 is a front view of the printed board of the third embodiment in which chip capacitors and terminals are installed;

FIG. 11 is a front view of an existing modular jack and a three-terminal capacitor mounted on a circuit board;

FIG. 12 is a front view of the existing modular jack and a common mode choke coil mounted on the circuit board;

FIG. 13 is a diagram showing an equivalent circuit of the three-terminal capacitor; and

FIG. 14 is a diagram showing an equivalent circuit of the common mode choke coil.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following describes preferred embodiments of the present invention referring to the drawings.

| 3 | 4 |

### First Embodiment: FIGS. 1-5

Referring to FIG. 1, a modular jack has an insulating housing 12 which comprises a base 14 and a lid 16 which are engaged by interlocked coupling. Both the base 14 and the lid 16 are made of an insulating material such as plastic. The base 14 has a separator 19 which divides the interior of the housing 12 into two chambers 18a (left side in the drawing) and 18b (right side in the drawing). The chamber 18a is to receive modular plugs 60, and it has an opening through which the modular plugs 60 are inserted. The chamber 18b is to house a printed board 30 containing a common mode choke coil array 20.

As shown in FIG. 2, the common mode choke coil array 20 has a base plate 21 which is made of an insulating material such as ceramic, and some common mode choke coils 24 are built into the base plate 21 so as to have an equivalent circuit as shown in FIG. 3. Either end of each choke coil 24 is jointed to electrodes 22 and 23 which are provided for the base plate 21 at either side.

Referring to FIGS. 4 and 5, the printed board 30 has printed wires 33 and 34 on both sides, and the printed board 30 has through holes 31 and 32. The common mode choke coil array 20 is fixed on the front side of the printed board 30 at the position indicated by the two-dot and a chain line in FIG. 4 by soldering the electrodes 22 and 23 with the wires 33 and 34 respectively. Contactors 35 and terminals 36 are inserted into the respective holes 31 and 32 of the printed board 30, and they are soldered. Thereby, the contactors 35 and the terminals 36 are electrically connected to the common mode choke coils 24.

The thus unified common mode choke coil array 20, printed board 30, contactors 35 and terminals 36 are set in the housing 12 so that the choke coil array 20 and the printed board 30 will be set in the chamber 18b, that the terminals 36 will pierce the bottom of the base 14 and that the contactors 35 will extend to the chamber 18a over the separator 19. Then, the lid 16 is put on the base 14, and thus a modular jack is finished. The contactors 35 act as electrical connection terminals with the plugs 60, and the terminals 36 act as fittings in mounting the modular jack on the circuit board 4 (see FIGS. 11 and 12) and also as electrical connection terminals with wires on the circuit board 4.

In the modular jack with this structure, noise is suppressed by the common mode choke coils 24 built into the coil array 20. Specifically, common mode noise received through the contactors 35 is eliminated in the common mode choke coils 24, and thereby outgoing noise through the terminals 36 is suppressed. Because not capacitors but common mode choke coils are used, earth condition hardly affects the noise suppression efficiency. Setting the common mode choke coil array 20 in the housing 12 together with the printed board 30 saves space compared with setting the common mode choke coil 8 outside of the modular jack 2. In order to increase and decrease the number of signal circuits, it is only required to change patterns of the wires 33 and 34 on the printed board 30. Accordingly, an electronic appliance employing this modular jack can be made compact, and the production cost is cheap.

In a known case of setting the three-terminal capacitors 6 or the common mode choke coil 8 outside of the modular jack 2, contactors of the modular jack are put outside of the electronic appliance, which contactors act as antennas, and the modular jack receives external noise. On the other hand, in the modular jack according to this embodiment, the common mode choke coil array 20 is set in the housing 12, which means that the coil array 20 is set close to the contactors 35, and the modular jack hardly receives external noise.

Further, according to this embodiment, the contactors 35 and the terminals 36 can be plated with different metals (for example, the contactors 35 are plated with gold, and the terminals 36 are plated with solder), and there occurs no unnecessary plating. Design of the wires 34 on the printed board 30 is comparatively free, and the pitch P among the holes 32, that is, the pitch among the terminals 36 can be set to 1.02 mm which is the pitch of an ordinary circuit board on which the modular jack is mounted.

### Second Embodiment: FIGS. 6 and 7

FIGS. 6 and 7 show a printed board 41 to be employed in a second embodiment. Chip inductors 40 are built into the printed board 41 to be used as a noise suppressor, and printed wires 44 and 45 on the board 41 are connected to the chip inductors 40. At one end of each wire 44 or 45, a through hole 42 or 43 is formed, and the contactors 35 and the terminals 36 (not shown in FIGS. 6 and 7) are inserted into the respective holes 42 and 43 as described in the first embodiment. The printed board 41 is set in the housing 12 in the same manner as described in the first embodiment. The second embodiment brings the same advantages and effects as the first embodiment.

### Third Embodiment: FIGS. 8-10

FIGS. 8 through 10 show a printed board 51 to be employed in a third embodiment. Chip capacitors 50 are built into the printed board 51 to be used as a noise suppressor, and printed wires 54 and 55 and an earth electrode 57 on the board 51 are connected to the capacitors 50. The contactors 35 (not shown in FIGS. 8 through 10) and signal terminals 58 are inserted into holes 52 and 53 respectively. Earth terminals 58a are inserted into holes 53a made in the earth electrode 57 (see FIG. 10).

The printed board 51 is set in the housing 12 in the same manner as described in the first embodiment. The third embodiment brings the same advantages and effects as the first embodiment.

### Other embodiments

Although the present invention has been described in conjunction with the embodiments above, it is to be noted that various changes and modifications are apparent to those who are skilled in the art. Such changes and modification are to be understood as included within the scope of the present invention defined by the appended claims.

The number of signal circuits may be set arbitrarily. The method of fixing the printed board 30 in the housing 12, the method of providing an electronic element such as the common mode choke coil array 20, the chip inductors 40, the chip capacitors 50 or the like for the printed board 30, 41 and 51, the method of mounting the modular jack on the circuit board 4, the method of pulling the terminals 36 out of the housing 12, etc. may be determined arbitrarily.

What is claimed is:

1. A modular jack to be mounted on a circuit board, said modular jack comprising:

5

a printed board containing an electronic element for suppressing noise;
a contactor for contacting with a plug, said contactor being electrically connected with the electronic element by a wire on the printed board;
a terminal for contacting with the circuit board, said terminal being electrically connected with the electronic element by a wire on the printed board; and
an insulating housing for encasing the printed board.

2. A modular jack as claimed in claim 1, wherein the noise suppressing electronic element is an array of common mode choke coils.

6

3. A modular jack as claimed in claim 1, wherein the noise suppressing electronic element is a chip inductor.

4. A modular jack as claimed in claim 1, wherein the noise suppressing electronic element is a chip capacitor.

5. A modular jack as claimed in claim 1, wherein the pitch among a plurality of terminals on the printed board is about 1.02 mm and smaller than the pitch among contactors on the printed board.

6. A modular jack as claimed in claim 1, wherein the interior of the housing is divided into a first chamber in which the printed board is set and a second chamber to which the contactor is extended, and the terminal is protruded outside the housing from the first chamber.

* * * * *

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
PULSE ENGINEERING, INC.,

**DEFENDANTS**
MURATA MANUFACTURING CO., LTD.

**(b)** County of Residence of First Listed Plaintiff   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
David E. Sipiora, Kristopher L. Reed, Elham F. Steiner, Iris S. Mitrakos
TOWNSEND AND TOWNSEND AND CREW LLP, 12730 High Bluff Dr., Ste.400,
San Diego, CA 92130, (858) 350-6100

Attorneys (If Known)

'10CV 0477  JM  NLS

### II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

### V. ORIGIN  (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 2201
Brief description of cause:
Declaratory Judgment

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  03/04/2010
SIGNATURE OF ATTORNEY OF RECORD
Elham F. Steiner

**FOR OFFICE USE ONLY**
RECEIPT # 1083   AMOUNT $350   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

03-04-10

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS010813
Cashier ID: mbain
Transaction Date: 03/04/2010
Payer Name: AMERICAN MESSENGER SERVICE
----------------------------------
CIVIL FILING FEE
 For: PULSE ENGINEERING V MURATA
 Case/Party: D-CAS-3-10-CV-000477-001
 Amount:        $350.00
----------------------------------
CHECK
 Check/Money Order Num: 4843
 Amt Tendered:  $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```