TOWNSEND AND TOWNSEND AND CREW LLP
David E. Sipiora (CO State Bar No. 124951)
desipiora@townsend.com
Kristopher L. Reed (CO State Bar No. 235518)
klreed@townsend.com
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

TOWNSEND AND TOWNSEND AND CREW LLP
Iris Sockel Mitrakos (CA Bar No. 190162)
ismitrakos@townsend.com
12730 High Bluff Drive, Suite 400
San Diego, CA 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111

Attorneys for Plaintiff
PULSE ENGINEERING, INC.

FILED

2010 MAR -4  PM 4: 24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

PULSE ENGINEERING, INC.,

        Plaintiff,

    v.

MURATA MANUFACTURING CO., LTD.,

        Defendant.

Case No. '10CV 0477    JM    NLS

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

    Pursuant to Civil Local Rule 40.2, Plaintiff Pulse Engineering, Inc. identifies the following parent companies:

    1.    Technitrol Delaware, Inc. is the parent company of Plaintiff Pulse Engineering, Inc.

    2.    Technitrol, Inc. is the parent company of Technitrol Delaware Inc.

///

///

///

- 5 -

Complaint For Declaratory Judgment
Case No. _____

| | | |
|---|---|---|
| 1 | DATED: March 4, 2010 | Respectfully submitted, |
| 2 | | TOWNSEND AND TOWNSEND AND CREW LLP |
| 5 | | By: _____ |
| 6 | | Iris Sockel Mitrakos<br>Attorneys for Plaintiff Pulse Engineering, Inc. |
| 8 | 62471304 v2 | |

- 6 -

Complaint For Declaratory Judgment
Case No. _____