TOWNSEND AND TOWNSEND AND CREW LLP
David E. Sipiora (CO State Bar No. 124951)
desipiora@townsend.com
Kristopher L. Reed (CO State Bar No. 235518)
klreed@townsend.com
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 571-4000
Facsimile:  (303) 571-4321

TOWNSEND AND TOWNSEND AND CREW LLP
Iris Sockel Mitrakos (CA Bar No. 190162)
ismitrakos@townsend.com
Elham F. Steiner (CA Bar No. 250312)
efsteiner@townsend.com
12730 High Bluff Drive, Suite 400
San Diego, CA  92130
Telephone:  (858) 350-6100
Facsimile:   (858) 350-6111

Attorneys for Plaintiff
PULSE ENGINEERING, INC.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULSE ENGINEERING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MURATA MANUFACTURING CO., LTD.,<br><br>Defendant. | Case No. 10-CV-0477 JM NLS<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff Pulse Engineering, Inc., by its counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action, and all claims asserted therein, with prejudice.  Each party shall bear its own costs and attorneys' fees.

**NOTICE OF DISMISSAL WITH PREJUDICE**
CASE NO. 10-CV-0477 JM NLS

1
2
3
4
5  DATED: July 2, 2010            Respectfully submitted,
6                                 TOWNSEND AND TOWNSEND AND CREW LLP
7
8                                 By: *s/ Kristopher L. Reed*
                                      David E. Sipiora
9                                     Kristopher L. Reed
                                      1400 Wewatta Street, Suite 600
10                                    Denver, CO 80202
                                      Telephone: (303) 571-4000
11                                    Facsimile: (303) 571-4321

12                                Attorneys for Plaintiff
                                  PULSE ENGINEERING, INC.
13
14  62706049 v1
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

**NOTICE OF DISMISSAL WITH PREJUDICE**
CASE NO. 10-CV-0477 JM NLS